MOLLFULLEDA, RECURRENTE, *v.* EL REGISTRADOR, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección 1ª.

No. 158.—Resuelto en octubre 10, 1913.

RECURSOS GUBERNATIVOS—CASOS EN QUE PROCEDEN.—Los recursos gubernativos solo proceden contra la negativa del registrador de la propiedad a inscribir, anotar o cancelar los títulos que se presentan al registro, pero nó contra las demás resoluciones de los registradores que puedan afectar los intereses de las

partes y contra las cuales puedan lós interesados utilizar los demás recursos:
que la misma Ley Hipotecaria les franquea.

ID.—ESCRITO PRESENTADO AL REGISTRADOR PIDIENDO LA CANCELACIÓN DE CIERTA
ANOTACIÓN.—Cuando una parte presenta escrito a un registrador de la pro-
piedad pidiendo la cancelación de cierta anotación preventiva, la nota del
registrador devolviendo el escrito al interesado sin hacer operación alguna
por no ser procedente lo que solicita, no puede ser revisada por medio de un
recurso gubernativo.

Los hechos están expresados en la resolución de esta corte.
El recurrente compareció por escrito en nombre propio.
El recurrido no compareció.

### RESOLUCIÓN.

POR CUANTO Juan Mollfulleda presentó escrito al Regis-
trador de la Propiedad de San Juan, Sección 1ª., pidiendo la
cancelación de cierta anotación preventiva, por carecer de
firma alguna el mandamiento en virtud del cual se extendió
dicha anotación, cuyo mandamiento según alega el recurrente,
fué presentado en dicho registro el 19 de mayo de 1910, siendo
dicho escrito devuelto al interesado por no ser procedente
lo que solicita, según nota del registrador de julio 8 de 1913.

POR CUANTO con fecha 12 de julio último el citado Juan
Mollfulleda radicó en la secretaría de este tribunal dicho
escrito acompañado de otro en el cual solicita que esta corte
revoque la nota mencionada del Registrador de la Propiedad
de San Juan, Sección 1ª., y en su lugar ordene la cancelación
de la anotación preventiva ya mencionada.

POR CUANTO según se deduce rectamente de los artículos
66 de la Ley Hipotecaria, 111 y 112 del reglamento para su
ejecución, y 1º. de la Ley de Marzo 1, 1902, sobre recursos
contra los registradores de la propiedad, dichos recursos sólo
proceden contra la negativa del registrador de la propiedad
a inscribir, anotar o cancelar los títulos que se presenten al
registro, pero no contra las demás resoluciones de los regis-
tradores que puedan afectar los intereses de las partes y con-
tra las cuales pueden los interesados utilizar los demás re-
cursos que la misma Ley Hipotecaria les franquea.

POR CUANTO la resolución del Registrador de la Propiedad de San Juan, Sección 1ª., cuya revocación solicita Mollfulleda no se refiere a documento alguno presentado por él mismo para inscripción, anotación o cancelación.

POR TANTO, vistos los textos legales citados y la resolución de esta Corte Suprema en el caso de *Bartolomey* v. *El Registrador de la Propiedad de Ponce,* 2 S. P. R., 590,

SE DECLARA NO HABER LUGAR a resolver el presente recurso, y comuníquese a las partes a los fines procedentes.

*No ha lugar a resolver el presente recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.